IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN S. HEARON, Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 02-CV-3185 |
| ASTRAZENECA LP and ZENECA INC., Defendants. | : | |

**MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendants AstraZeneca LP and Zeneca Inc., by and through their attorneys Stradley Ronon Stevens & Young, LLP, hereby move this Court pursuant to Local Rule 7.1(c) for an Order permitting Defendants to file the Reply Memorandum of Law, attached as Exhibit A. The grounds for this Motion are as follows:

1. On July 29, 2002, Defendants filed a Motion to Dismiss Plaintiff's Claims, or, in the Alternative, to Compel Arbitration and Stay Further Proceedings.

2. On August 19, 2002, Plaintiff filed a Memorandum of Law in opposition to Defendants' Motion.

3. [illegible]

[illegible]

Dated: August [illegible], 2002

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN S. HEARON, Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 02-CV-3185 |
| ASTRAZENECA LP and ZENECA INC., Defendants. | : | |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

Defendants AstraZeneca and Zeneca submit this memorandum in brief reply to several points made in Plaintiff's response to Defendants' motion to dismiss Plaintiff's claims or, in the alternative, to compel Plaintiff to submit her claims to arbitration.

A. **The Arbitration Agreement Encompasses Plaintiff's Title VII Claims And Requires Only That She Pursue Such Claims In An Arbitral Forum.**

[illegible]

B. [illegible]

C. **Plaintiff's Breach Of Contract Claim Is Not Severable [illegible]**

[illegible]

**CONCLUSION**

[illegible]

Respectfully submitted,

[illegible]

Attorneys for Defendants

Dated: August [illegible], 2002

**CERTIFICATE OF SERVICE**

I, Melissa C. Angeline, hereby certify that upon this day, I caused a copy of the foregoing Motion for Leave to File Reply Brief and attached exhibit to be served by hand delivery, upon the following:

Harold I. Goodman, Esquire
Raynes, McCarty, Binder, Ross & Mundy
1845 Walnut Street, 20th Floor
Philadelphia, PA 19103

MELISSA C. ANGELINE

Dated: August [illegible], 2002